UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPHAPRINT, INC. DBA ALPHAGRAPHICS SEATTLE,<br><br>    Plaintiff,<br><br>v.<br><br>REID P. BAKER, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-01639-RSL<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL** |

THIS MATTER came before the Court for consideration on plaintiff's "Motion to Seal Documents Submitted in Support of Plaintiff's Motion for Preliminary Injunction." Dkt. # 15. The motion is unopposed. Having considered the papers filed in support of the motion and the records and files herein, the motion is GRANTED. Docket numbers 21-23 shall remain under seal.

Dated this 22nd day of January, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge