UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALPHAPRINT, INC. DBA
ALPHAGRAPHICS SEATTLE,

    Plaintiff,

v.

REID BAKER et al.,

    Defendants.

Case No. 2:18-CV-1639-RSL

MINUTE ORDER
RENOTING MOTION ON
COURT'S CALENDAR

    The following Minute Order is made and entered on the docket at the discretion of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

    Plaintiff in the above-captioned matter filed a motion on January 25, 2019, "Notice of Motion and Motion to Seal Documents Submitted in Support of Plaintiff's Reply Brief in Support of Plaintiff's Motion for Preliminary Injunction," noted for February 8, 2019. Dkt. #37. Pursuant to Local Civil Rule 7(d)(3), this motion should have been noted on the Court's calendar for no earlier than the third Friday after the date of filing. The Clerk of Court is directed to renote plaintiff's motion on the Court's calendar for Friday, February 15. Any opposition shall be filed and served on plaintiff no later than 4:30 p.m. on Monday, February 11. Dkt. #72. Any reply shall be filed and served no later than 4:30 p.m. on Friday, February 15.

MINUTE ORDER RENOTING MOTION
APPLYING FOR TRIAL DATE - 1

1 DATED this 28th day of January, 2019.

2 <u>s/ Kerry Simonds</u>
Kerry Simonds, Deputy Clerk to the
3 Honorable Robert S. Lasnik, Judge

MINUTE ORDER RENOTING MOTION
APPLYING FOR TRIAL DATE - 2