1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14
15
16

ALPHAPRINT, INC. DBA
ALPHAGRAPHICS SEATTLE,

          Plaintiff,

    v.

REID P. BAKER, et al.,

          Defendants.

Case No. 2:18-CV-1639-RSL

ORDER GRANTING
PLAINTIFF'S MOTION TO
SEAL DOCUMENTS
SUBMITTED IN SUPPORT
OF PLAINTIFF'S REPLY
BRIEF IN SUPPORT OF
PLAINTIFF'S MOTION FOR
PRELIMINARY
INJUNCTION

17
18
19
20
21

     This matter comes before the Court on plaintiff's "Notice of Motion and Motion to Seal Documents Submitted in Support of Plaintiff's Reply Brief in Support of Plaintiff's Motion for Preliminary Injunction." Dkt. #37. Having considered the papers filed in support of the motion and the records and files herein, the motion is hereby GRANTED. The documents at Dkt. #40 and Dkt. #41 shall remain under seal.

22
23

     DATED this 8th day of March, 2019.

24
25
26

*Mr S Lasnik*

Robert S. Lasnik
United States District Judge

27
28

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL - 1