UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPHAPRINT, INC. DBA ALPHAGRAPHICS SEATTLE, a Washington corporation,<br><br>Plaintiff<br><br>vs<br><br>REID BAKER, an individual and his marital community; KATHLEEN BAKER, and her marital community; JOSHUA CARL, an individual; JENNIFER REID and her marital community; SUPERGRAPHICS, LLC, a Washington Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | NO. 2:18-cv-01639-RSL<br><br>[PROPOSED] ORDER ON DEFENDANTS' MOTION TO FILE EXHIBIT E TO THE REID BAKER DECLARATION UNDER SEAL<br><br>NOTED FOR FEBRUARY 1, 2019 |

This matter came before the Court on Defendants' Motion to Seal Exhibit E to the Declaration of Reid Baker opposing Plaintiff's Motion for Preliminary injunction under LCR 5(g)(2)(B). The Court has reviewed Defendants' Motion to Seal, and the relevant records and files herein.

It is hereby ORDERED that Defendants' Motion to Seal is GRANTED.

DATED this __8th__ day of ~~February~~ March, 2019.

_____
The Honorable Robert S. Lasnik
United States District Judge

ORD GRANTING DEFS' MOT TO SEAL - 1 of 2
(2:18-cv-01639-RSL)
[4853-0010-6629]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

1

Presented By:

2

GORDON, THOMAS, HONEYWELL LLP

3

4  By: /s/ Stephanie Bloomfield
   Stephanie Bloomfield, WSBA No. 24251
5  sbloomfield@gth-law.com
   Attorneys for Defendants

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORD GRANTING DEFS' MOT TO SEAL - 2 of 2
(2:18-cv-01639-RSL)
[4853-0010-6629]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565