HONORABLE JUDGE LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALPHAPRINT, INC. DBA ALPHAGRAPHICS SEATTLE, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>REID BAKER, an individual and his marital community; KATHLEEN BAKER, and her marital community; JOSHUA CARL, an individual; JENNIFER REID and her marital community; SUPERGRAPHICS, LLC, a Washington Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No. 2:18-cv-01639-RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS |

## I. ORDER

On September 9, 2019, the parties filed a Stipulated Motion to Dismiss, Dkt. # . Consistent with the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A),

**IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, Dkt. #, is **GRANTED**.

2. All claims and counterclaims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO DISMISS - 1

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Avenue
Suite 800
Spokane, Washington 99201-0506

3. All hearings and other deadlines are **STRICKEN**.

4. The Clerk's Office is directed to **CLOSE** this file.

IT IS SO ORDERED. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 12th day of September, 2019.

*/s/ Robert S. Lasnik*
JUDGE LASNIK

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO DISMISS - 2

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Avenue
Suite 800
Spokane, Washington 99201-0506

Dated: September 9th, 2019

Respectfully submitted,

By: s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
510 West Riverside Avenue, Suite 800
Spokane, WA 99201-0506
Telephone:   (509) 747-4040
Facsimile:    (509) 747-4545
Email: Geana.VanDessel@KutakRock.com

Nicholas R. Knapton, WSBA#35634
NICHOLAS ROSS KNAPTON, P.C.
705 2nd Ave., Suite 1300
Seattle, WA 98104
Telephone: (206) 624-1920
Email: Nick@Knapton.com

Attorneys for Plaintiff
AlphaPrint, Inc. dba AlphaGraphics Seattle


By:  s/ Stephanie Bloomfield
Stephanie Bloomfield, WSBA #24251
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
Telephone: (253) 620-6514
Email: sbloomfield@gth-law.com

Attorneys for Defendants

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO DISMISS - 3

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Avenue
Suite 800
Spokane, Washington  99201-0506